■ (A) In the Matter of the Claim of BETTY CARR, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) In the Matter of the Claim of FRANK BILLIAK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (C) In the Matter of the Claim of LILLIAN RODRIGUEZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (D) In the Matter of the Claim of HENRY WANDER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (E) In the Matter of the Claim of CLAIRE DAVIES, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (F) In the Matter of the Claim of HAROLD LANGE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (G) In the Matter of the Claim of PENNY BERK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (H) In the Matter of the Claim of ZACHARY E. LEVY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (I) In the Matter of the Claim of LEGET HANCOCK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (J) In the Matter of the Claim of JOSEPHINE A. GRASSIE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (K) NATIONAL GRANGE MUTUAL LIABILITY COMPANY, Respondent, v. WILLIAM FINO et al., Appellants. (L) JOHN P. SANGUINE, Appellant, v. CLIFFORD HOLLAND, Respondent. GERTRUDE SANGUINE, Appellant, v. CLIFFORD HOLLAND, Respondent. (M) In the Matter of the Claim of WILLIE M. WILLIAMS, Respondent, v. ABE SOLOMON, Appellant, and M. KENNEDY & Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (N) In the Matter of the Claim of BEATRICE KAPILIAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (O) In the Matter of the Claim of GRACE SLOPER, Appellant, v. VILLAGE OF WESTPORT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (P) In the Matter of the Claim of GERTRUDE SUSSMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (Q) ANTON E. SUHRADA, Appellant, v. DONALD FOOTE, Respondent. (R) In the Matter of the Claim of SAM COHEN, Respondent, v. GEORGE CAMPBELL Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (S) MARIE KINNER, as Administratrix of the Estate of LEWIS L. KINNER, Deceased, Plaintiff, v. STEPHAN KUROCZKA, Defendant. (T) In the Matter of the Claim of REMO ZAPPIA, Respondent, v. ALOE HANSON ENGINEERING AND CONSTRUCTION COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (U) STATE BANK OF ALBANY, Respondent, v. DAN-BAR CONTRACTING Co., INC., et al., Defendants, and MARYLAND CASUALTY COMPANY, Appellant. MARYLAND CASUALTY COMPANY, as Assignee of F. J. CROISSANT, Appellant, v. ALLIED CHEMICAL & DYE CORPORATION (BARRETT DIVISION) et al., Defendants, and STATE BANK OF ALBANY,

Respondent. STATE BANK OF ALBANY, Respondent, v. DAN-BAR CONTRACTING Co., INC., et al., Defendants, and MARYLAND CASUALTY COMPANY, Appellant. F. J. CROISSANT, Plaintiff, v. DAN-BAR CONTRACTING CO., INC., et al., Defendants, STATE BANK OF ALBANY, Respondent, and MARYLAND CASUALTY COMPANY, Appellant.— [In each action] Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 20, 1960 and is ready for argument at the January 1961 Term of this court, in which event the motion is denied.